No. 36, Orig. TEXAS *v.* LOUISIANA. Application for temporary restraining order, preliminary injunction, and other relief referred to Special Master. Report of Special Master on Louisiana's motion to enlarge reference to Special Master to include establishment of Louisiana's lateral boundary with Texas in the Gulf of Mexico, including briefing schedule contained therein, received and ordered filed and adopted. [For earlier orders herein, see, *e. g.,* 413 U. S. 918.]

No. 72–397. BONELLI CATTLE CO. ET AL. *v.* ARIZONA ET AL. Sup. Ct. Ariz. [Certiorari granted, 410 U. S. 908.] Motion of Cocopak Tribe of Indians for leave to file an untimely brief as *amicus curiae* granted.

No. 72–403. SAMPSON, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. *v.* MURRAY. C. A. D. C. Cir. [Certiorari granted, *sub nom. Kunzig* v. *Murray,* 410 U. S. 981.] Motion of respondent to permit Thomas J. McGrew, Esquire, to argue *pro hac vice* granted.